# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GEORGIA TURLEY**

**vs.**                                    **NO. 3:04CV00256 GTE**

**CLAYTON INNS, INC.**

## ORDER OF DISMISSAL

The parties have advised the Court that this case is settled and should be dismissed with prejudice. For good cause shown this motion should be granted.

IT IS THEREFORE ORDERED that this case be, and it is hereby, dismissed with prejudice and all pending motions are moot.

Dated this 16th day of August, 2005.

                                   _/s/Garnett Thomas Eisele_____
                                   UNITED STATES DISTRICT JUDGE